

1  CASSANDRA J. RICHEY
   CA NO. 155721
2  BARRETT DAFFIN FRAPPIER
   TREDER & WEISS, LLP
3  3990 E. CONCOURS STREET, STE 350
4  ONTARIO, CA 91764
   (626) 371-7000 – Phone
5  (972) 661-7726 - Fax
   File No. 10358463
6  ndcaecf@BDFGroup.com

Signed and Filed: March 18, 2025

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Attorney for Movant
WILMINGTON TRUST N.A., NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA 2019-1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>ARTHUR ABEZGAUZ,<br><br>Debtor. | CASE NO.: 24-30792-DM<br>CHAPTER: 13<br>R.S. NO.: EAT-2118<br>ORDER ON ADEQUATE PROTECTION<br>DATE: March 6, 2025<br>TIME: 9:30 am<br>PLACE: U.S. Bankruptcy Court<br>*Via Telephone or Video<br>Courtroom 17<br>450 Golden Gate Avenue, 16th Floor<br>San Francisco, CA |

IT IS HEREBY ORDERED THAT ADEQUATE PROTECTION for Secured Creditor, WILMINGTON TRUST N.A., NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF MFRA 2019-1 ("Secured Creditor or Movant"), secured claim be paid by the DEBTOR, AURTHUR ABEZGAUZ (" Debtor") as follows:

1. That the automatic stay shall remain in effect with respect to that certain real property

1
ORDER ON ADEQUATE PROTECTION

commonly known as **75 EAST HILLSDALE BOULEVARD, SAN MATEO, CA 94403** (the "Property"), subject to the following payment terms and conditions:

2. The Debtor shall tender an Adequate Protection Payment in the amount of $9,384.29 (current ongoing contractual monthly mortgage payment subject to change) plus $4,692.15 (partial cure payment) no later than March 21, 2025, for a total monthly payment of $14,076.44, and paid monthly thereafter for the next six (6) months on the fifteenth (15th) day of each calendar month.

3. If the March 21, 2025 of $14,076.44 payment is not made, full relief shall be granted, upon submission of a Declaration and Order that the payment has not been made.

4. Funds should be sent and made payable to: **SERVICEMAC, LLC, Attn. Bankruptcy Department, 9726 OLD BAILES RD. UNIT 200, INDIAN LAND, SC 29707.** Unless notified otherwise via monthly statements and/or coupon books, the debtors' loan number should be notated on each payment.

5. If any payment is not timely received, Movant shall serve written notice upon the debtors and debtors' attorney (by mail and email), allowing the Debtor ten (10) calendar days from the date of service to cure the default. If Movant does not receive the amount in default before the expiration of said ten-day period, Movant may submit a declaration re: breach of condition and a final relief order which the Court may enter without further notice or hearing. The proposed order shall include a provision deeming it effective and enforceable immediately upon its entry with no stay on its enforcement as prescribed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

6. Debtor shall be entitled to a maximum of one (1) notices of default and opportunities to cure pursuant to the preceding paragraph. Once the Debtor has defaulted this number of times on the obligations imposed by this Order on Adequate Protection and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure.

2
ORDER ON ADEQUATE PROTECTION

Case: 24-30792    Doc# 35    Filed: 03/18/25    Entered: 03/18/25 16:58:25    Page 2 of 3

7. As the Debtor's Chapter 13 Plan pending Confirmation provides for payment in full of the Secured Creditor's secured claim within 12 months of the petition date, by refinance or sale, the Debtor is required to cure all payments contractually owed pre- and post-petition to Secured Creditor by sale or refinance of the Property through escrow by October 20, 2025.

8. The foregoing terms and conditions shall be binding only during the pendency of this Bankruptcy case. If, at any time, this case is converted to another Chapter of the Bankruptcy Code or the stay is terminated by Court Order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law.

9. In the event of dispute regarding payment received, either party may set the Motion for Relief on the Court's calendar on 10 days' notice to resolve the dispute.

PREPARED BY:
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

/s/Cassandra J. Richey                    Dated: 3/13/2025
CASSANDRA J. RICHEY
Attorneys for Movant


APPROVED AS TO FORM AND CONTENT:
**LAW OFFICES OF GEOFF WIGGS**

/s/ Geoffrey E. Wiggs                    Dated: 03/12/2025
GEOFF WIGGS
Attorneys for Debtors

3
ORDER ON ADEQUATE PROTECTION